UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

JAMES MOSLEY                      PLAINTIFF

v.                      CIVIL ACTION NO. 3:09CV-P91-H

WARREN McCLEMORE et al.                      DEFENDANTS

### ORDER

For the reasons set forth in the Memorandum Opinion entered this date and being otherwise sufficiently advised, **IT IS ORDERED** that all of the declarative and injunctive claims are **DISMISSED** as moot.

**IT IS FURTHER ORDERED** that all of the claims against Defendants in their official capacities, the individual-capacity retaliation claims against Defendants Kampschaefer, Hawkins, McGuire, Thompson, Chandler, and Pangburn, and all of the Fourteenth Amendment claims are **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted.

Date:

cc:     Plaintiff, *pro se*
        Defendants
        General Counsel, Justice & Public Safety Cabinet, Office of Legal Counsel

4412.009