UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:09-CV-P91-H

JAMES MOSLEY                                                                                          PLAINTIFF

V.

WARREN McCLEMORE, et al.                                                                DEFENDANTS

**MEMORANDUM OPINION AND ORDER**

Defendants in this prisoner *pro se* action have moved to dismiss on the grounds that Plaintiff has failed to engage in protected conduct and failed to establish that he is a victim of retaliation. Over a month has passed and Plaintiff has failed to respond to the motion.

The Court has reviewed the memorandum and agrees that Plaintiff's complaint lacks any merit and should be dismissed. Plaintiff filed numerous complaints concerning his dismissal from the prison Sex Offender Treatment Program ('STOP"). Even assuming that Plaintiff has established that he has engaged in protected conduct, he has presented no evidence nor any allegation that rises to the level of an actionable adverse action. Plaintiff has no legal or other right to the benefits of such a STOP program and admission to it is discretionary. All of the actions taken concerning his incarceration and treatment are consistent with normal prison operations. None of them support a constitutional claim.

Finally, Plaintiff has offered no reason to believe that Defendants knew of the complaints which he filed with several agencies outside the Department of Corrections. The grievances directed against Plaintiff for which he received some adverse consequences have never been

disputed or denied. Moreover, Defendants have offered legitimate reasons for their actions which Plaintiff has not rebutted with any evidence.

The Court has carefully reviewed the complaint, even though Plaintiff has not attempted to respond to the current motion. The Court finds no legitimate basis in fact or law to believe that Plaintiff has asserted a valid claim.

Being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Defendants' motion for summary judgment is SUSTAINED and Plaintiff's complaint is DISMISSED WITH PREJUDICE.

This is a final order.

cc:    James Mosley, *Pro Se*
       Counsel of Record